[No. 30336-1-II.  Division Two.  August 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN D. DUNKELBERGER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-1-01152-1, Christine A. Pomeroy, J., entered April 15, 2003. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 33420-8-II.  Division Two.  August 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JODI LYNNE GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-01616-6, Jill M. Johanson, J., entered June 8, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Penoyar, J.

[No. 33819-0-II.  Division Two.  August 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS LEE LANE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-01658-5, Jill M. Johanson, J., entered September 7, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Penoyar, JJ.

[No. 34419-0-II.  Division Two.  August 14, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR ALEXANDER SERRANO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-1-01091-3, Gary Tabor, J., entered February 17, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.